IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JIMMY SINGLETARY, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-09 (HL) |
| COMMISSIONER OF SOCIAL SECURITY, | * |
| Defendant. | * |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated March 31, 2023, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 31st day of March, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk